**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re Perion Network Ltd. Securities Litigation

24 **CIVIL** 2860 (VEC)

# JUDGMENT

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 27, 2025, and Memo Endorsed dated July 29, 2025, Defendants' motion to dismiss is GRANTED. This action is DISMISSED with prejudice. Judgment is hereby entered for the Defendants and the case is closed.

**Dated:** New York, New York

July 29, 2025

**TAMMI M. HELLWIG**
Clerk of Court

BY:

Deputy Clerk