**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Perion Network Ltd. Securities Litigation | Case No. 1:24-cv-02860-VEC<br><br>**AMENDED NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Lead Plaintiffs Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., Menora Mivtachim Vehistadrut Hamehandesim Nihul Kupot Gemel LTD, Clal Insurance Company Ltd., Clal Pension and Provident Ltd., and Atudot Pension Fund for Employees & Independent Workers Ltd. (collectively, "Lead Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order (Dkt. No. 80) entered in this action on June 27, 2025, granting Defendants' Motion to Dismiss (Dkt. No. 75) Lead Plaintiffs' Amended Class Action Complaint (Dkt. No. 64), the Memo Endorsement entered in this action on July 29, 2025 (ECF No. 83), and the Judgment entered in this action on July 29, 2025 (ECF No. 84). This Amended Notice of Appeal amends the Notice of Appeal that Lead Plaintiffs filed on July 25, 2025. (ECF No. 81).

Dated: July 30, 2025

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Michael Grunfeld*
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
mgrunfeld@pomlaw.com

Orly Guy
Eitan Lavie
HaShahar Tower
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111
Email: oguy@pomlaw.com
eitan@pomlaw.com

*Attorneys for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Michael Grunfeld*
Michael Grunfeld
