USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PERION NETWORK LTD. SECURITIES LITIGATION

24-CV-2860 (VEC)

ORDER AMENDING JUDGMENT

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 9, 2026, the Court of Appeals for the Second Circuit (i) affirmed this Court's judgment dismissing this action and (ii) remanded to this Court "with instructions to amend the judgment to clarify that the Israeli securities law claims were dismissed without prejudice," *see* Dkt. 86; and

WHEREAS the Second Circuit's mandate issued on July 2, 2026, *see* Dkt. 87;

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to AMEND the judgment in this case, Dkt. 84, to clarify that the Israeli securities law claims raised by Menora Mivtachim, over which the Court declined to exercise supplemental jurisdiction, are DISMISSED WITHOUT PREJUDICE. Plaintiffs' other claims remain dismissed with prejudice. This case shall remain CLOSED.

**SO ORDERED.**

**Date: July 6, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**