**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN RE PERION NETWORK LTD. SECURITIES LITIGATION

24 **CIVIL** 02860 (VEC)

**AMENDED JUDGMENT**

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 6, 2026, the Judgment is AMENDED in this case, Dkt. 84, to clarify that the Israeli securities law claims raised by Menora Mivtachim, over which the Court declined to exercise supplemental jurisdiction, are DISMISSED WITHOUT PREJUDICE. Plaintiffs' other claims remain dismissed with prejudice. This case shall remain CLOSED.

**Dated:** New York, New York

July 7, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**